**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH WAGENFELD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES T. LOEB;<br>DONNA J. LOEB;<br>SAN BERNARDINO POOL SUPPLY, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-01022-VAP-(KKx)<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 25, 2015         *Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1